UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

# CIVIL MINUTES - HEARING ON ADMINISTRATIVE RECORD

LOVELAND CITY SCHOOL DISTRICT
BOARD OF EDUCATION
        v.                                        C-1-02-202
SUSAN DUDLEY

--------------------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

DATE: Friday, September 5, 2003
TIME:  9:00 a.m. - 11:50 a.m. (Presentation of evidence)
       12:00 p.m. - 1:15 p.m. (Lunch)
       1:15 p..m. - 3:40 p.m. (Evidence continues/court adjourned)

**PRESENT:**

FOR PLAINTIFF:    John M. Fischer
FOR DEFENDANT:  Phyllis E. Brown

**DOCKET ENTRY:**

Case called before J. Weber for continuation of hearing on the administrative record.  Testimony of witnesses.  Exhibits admitted.  Parties to submit simultaneous briefs on **OCTOBER 6, 2003.** Matter taken under advisement.

Witnesses:    Catherine Lawless
                Erica Cramer
                Joseph Rutkowski
                Mary Ellen Wilson
                Margaret Ballard
                Susan Dudley

J:\DOCUMENT\KAREN\CIVIL\MINUTES\02-202.WPD