AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

LOVELAND CITY SCHOOL DISTRICT
BOARD OF EDUCATION,
        Plaintiff

v.

SUSAN DUDLEY, parent of Andrew Hembree,
        Defendant

**EXHIBIT LIST** - Respondent

**CASE NO. C-1-02-202**

| Presiding Judge | Plaintiff Attorney | Defendant Attorney |
|---|---|---|
| Herman J. Weber, Senior Judge | John M. Fischer | Phyllis E. Brown |

| Hearing Dates | Court Reporter | Courtroom Clerk |
|---|---|---|
| 9/05/03 | Julie A. Wolfer | Betsi Brockmeier |

| Pltf. No. | Deft. No. | Date Used | Date Offered | Obj. | Adm. | Description of Exhibit |
|---|---|---|---|---|---|---|
| 1 | | 9/05 | | | X | Summary of Observation dated 2/14/01 |
| 2 | | 9/05 | | | X | IEP dated 5/19/03 |
| 3 | | 9/05 | | | X | IEP dated 5/19/03 (Duplicate of Exh. 2) |
| 4 | | 9/05 | | | X | Report of Scholastic Progress (A. Hembree) |
| 5 | | 9/05 | | | X | Curriculum Vitae of David Braukman |
| 6 | | 9/05 | | | X | Observation Report by Braukman date 7/30/01 |
| 7 | | 9/5 | | | X | Behavior Plan dated 10/26/01 |

AO 187 (Rev. 7/87) Exhibit and Witness List

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

LOVELAND CITY SCHOOL DISTRICT
BOARD OF EDUCATION,
          Plaintiff

v.

SUSAN DUDLEY, parent of Andrew
Hembree,
          Defendant

**EXHIBIT LIST** - Petitioner

**CASE NO. C-1-02-202**

| Presiding Judge | Plaintiff Attorney | Defendant Attorney |
|---|---|---|
| Herman J. Weber, Senior Judge | John M. Fischer | Phyllis E. Brown |

| Hearing Dates | Court Reporter | Courtroom Clerk |
|---|---|---|
| 9/05/03 | Julie A. Wolfer | Betsi Brockmeier |

| Pltf. No. | Deft. No. | Date Used | Date Offered | Obj. | Adm. | Description of Exhibit |
|---|---|---|---|---|---|---|
| 1 | | 9/05 | | | X | Katie Lawless Reports |
| 2 | | 9/05 | | | X | IEP dated 5/17/02 |
| 3 | | 9/05 | | | X | Rutkowski Ltr/Release Form |
| 4 | | 9/05 | | | X | IEP dated 2/26/01 |
| 5 | | 9/05 | | | X | Kaifas Ltr. To Wilson dated 6/13/02 |
| 6 | | 9/05 | | | X | Trinity School Behavior Plan |