UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **LOVELAND CITY SCHOOL DISTRICT BOARD OF EDUCATION,** | : | Case No. C-1-02-202 |
| | : | Judge Weber |
| | : | |
| Plaintiff/Appellant, | : | JOINT STIPULATION OF COUNSEL |
| | : | |
| v. | : | |
| | : | |
| **SUSAN DUDLEY, Individually and as the parent and natural guardian of ANDREW HEMBREE,** | : | |
| | : | |
| Defendant/Appellee. | : | |

Pursuant to this Court's order of February 13, 2004, the parties in the above-captioned matter stipulate that the ending date of the Trinity School 2000-01 school year was June 1, 2001. The parties stipulate that tuition for the 2000-01 school year was $8,900.00. That amount prorated for the period from January 29, 2001 through the end of the school year is $4,058.70, at $48.90 per day of school. The parties further stipulate that Trinity's tuition for the 2001-02 school term was $9,400.00. For the 2001-02 school term, the Loveland City School District paid $3,667.15 of the total tuition, leaving $5,732.85 due. The total amount due from Loveland for Andrew's tuition for the 2000-01 school year and the 2001-02 school year is $9,791.55.

Respectfully submitted,

_J. Michael Fischer_
J. Michael Fischer (0009179)
Ennis, Roberts & Fischer
121 West 9th Street
Cincinnati, Ohio 45202

_Phyllis Brown_
Phyllis E. Brown (0037334)
The Law Offices of Phyllis Brown, LLC
119 East Court Street
Cincinnati, OH 45202-1203