# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

LOVELAND CITY SCHOOL
DISTRICT BOARD OF EDUCATION,

      Plaintiff/Appellant,

    v.                           Case No. C-1-02-202

SUSAN DUDLEY,
Individually and as the
parent and natural guardian
of Child,

      Defendant/Appellee.

## ORDER

Pursuant to the Court's Order issued on February 13, 2004 (doc. 27) and the Joint Stipulation of Counsel filed on February 26, 2004 (doc. 28), **JUDGMENT** is issued in favor of defendant/appellee Susan Dudley and against plaintiff/appellant Loveland City School District Board of Education in the amount of $9,791.55 plus interest and costs.

**IT IS SO ORDERED.**

                S/ Herman J. Weber
                      HERMAN J. WEBER
          SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\02-202jdgmnt.wpd