EXHIBIT A

The Law Offices of Phyllis Brown, L.L.C.
Suite 510
119 East Court Street
Cincinnati, Ohio 45202

Invoice submitted to:
Susan Dudley
9343 Greenhedge Lane
Loveland OH 45140

March 12, 2004

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/16/2001 | PEB | Files of Andrew received from parent | 2.00 225.00/hr | 450.00 |
| 5/17/2001 | PEB | T/C with client regarding analysis; draft letter to Superintendent M. Cline; t/c with D. Braukman, potential expert | 1.20 225.00/hr | 270.00 |
| 5/30/2001 | PEB | T/c w/ clt re response from Loveland | 0.30 225.00/hr | 67.50 |
| 6/5/2001 | PEB | T/C with D. Felts, advocate of client; review materials received from Felts; draft second letter to Cline | 0.80 225.00/hr | 180.00 |
| 6/8/2001 | PEB | Review letter from A. Cooper of Department of Education; t/c to client X 2 re: status; t/c to M. Cline re: due process; t/c to M. Fischer re: same; letter to A. Cooper re: lack of response from District | 1.00 225.00/hr | 225.00 |
| 6/26/2001 | PEB | T/C to Bruce Favret and M. Fischer; t/c with client x 2 re: status and due process process, scheduling; t/c with M. Fischer re: schedule | 1.20 225.00/hr | 270.00 |
| 7/17/2001 | PEB | T/c with D. Braukman re: scheduling and use as expert; t/c with client re: hearing preparation | 0.70 225.00/hr | 157.50 |
| 7/18/2001 | PEB | Review materials to consider as exhibits for hearing | 1.00 225.00/hr | 225.00 |
| 7/19/2001 | PEB | Review materials for exhibits; t/c to client regarding exhibits | 1.00 225.00/hr | 225.00 |
| 7/20/2001 | PEB | T/c with D. Braukman re: observation and testimony | 0.30 225.00/hr | 67.50 |
| 7/22/2001 | PEB | T/c with Kristen Kaifes re testimony; t/c to L. Fox re testimony; review materials and prepare exhibits for disclosure conference | 2.00 225.00/hr | 450.00 |
| 7/24/2001 | PEB | T/c with client re: witnesses and testimony; t/c to L. Fox re: testimony | 0.60 225.00/hr | 135.00 |
| 7/25/2001 | PEB | T/c with Kristin re hearing procedure and testimony | 0.40 225.00/hr | 90.00 |

Susan Dudley                                                                    Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2001 | PEB | Meeting with Feltz and client re Due process hearing; review of exhibits. | 2.50 225.00/hr | 562.50 |
| | PEB | T/c with M. Fischer re hearing and witnesses | 0.30 225.00/hr | 67.50 |
| 7/26/2001 | PEB | Review materials to prepare disclosure statement | 1.50 225.00/hr | 337.50 |
| 7/27/2001 | PEB | T/c with D. Feltz re strategy for hearing | 1.00 225.00/hr | 225.00 |
| 7/30/2001 | PEB | T/c with D. Braukman re cv and expert report; review materials re questions for mother and Trinity personnel | 1.40 225.00/hr | 315.00 |
| 7/31/2001 | PEB | T/cs with D. Felts and D. Braukman re testimony; preparing disclosure statement and reviewv of exhibits for hearing | 3.00 225.00/hr | 675.00 |
| 8/1/2001 | PEB | Meet with B. Favret and M. Fischer; t/c with client regarding status; w/ Kristin K. at Trinity re scheduling of teachers and her | 1.60 225.00/hr | 360.00 |
| | PEB | Meet w/ B. Favret and M. Fischer; t/c w/ clt; w/ Kristin K. at Trinity | 1.60 225.00/hr | 360.00 |
| 8/2/2001 | PEB | T/c with D. Feltz re notes; draft letter to M. Fischer; t/c to M. Fischer; begin to review Felts notes to prepare cross examinations | 1.00 225.00/hr | 225.00 |
| | PEB | Meeting at Trinity w/ Peg Ballard; Kristin Kaifes re witness preparation; travel to and from | 4.00 225.00/hr | 900.00 |
| 8/3/2001 | PEB | Review and analyze notes re MFE and IEP hearings; t/c to L. and S. Fox re testimony; conference with M. Fischer; t/c with D. Feltz re testing protocols | 1.90 225.00/hr | 427.50 |
| 8/6/2001 | PEB | Letter to M. Fischer re protocols; conference with M. Fischer re same; t/c with client; preparing materials for expert; meeting with D. Feltz re testimony and strategy | 2.40 225.00/hr | 540.00 |
| 8/7/2001 | PEB | Preparing questions for witnesses and drafting opening statement | 7.00 225.00/hr | 1,575.00 |
| 8/8/2001 | PEB | Revise opening statement; revising questions for witnesses; review exhibits for questions | 4.00 225.00/hr | 900.00 |
| 8/9/2001 | PEB | Travel to and from and participate in due process hearing-day 1 | 9.50 225.00/hr | 2,137.50 |
| 8/12/2001 | PEB | Questions for Croskey, Simpson, Crumley, Mahoney and Kurz | 4.00 225.00/hr | 900.00 |
| 8/13/2001 | PEB | T/c w/ client re hearing; w/ D. Braukman re testimony; w/ L. Fox re testimony; to D. Feltz re testimony; draft questions for S. Dudley; J. Dudley; D. Feltz; L. Fox; S. Fox | 4.50 225.00/hr | 1,012.50 |
| 8/14/2001 | PEB | T/c with M. Fischer; draft questions for Braukman | 1.50 225.00/hr | 337.50 |
| 8/15/2001 | PEB | Draft questions for P. Ballard; t/c w/ client re hearing and questions | 2.50 225.00/hr | 562.50 |
| 8/16/2001 | PEB | Draft questions for P. Ballard; for K. Kaifes; MA Scherman; t/c with M. Fischer | 4.50 225.00/hr | 1,012.50 |
| | PEB | Travel to and from and meet w/ L. and S. Fox | 2.70 225.00/hr | 607.50 |
| | PEB | Travel to and from and meet w/ L. and S. Fox | 2.70 225.00/hr | 607.50 |
| 8/17/2001 | PEB | T/c with P. Ballard re testimony; meet with clients re preparation; t/c w/ Donna re representation; t/c w/ Dave | 3.50 225.00/hr | 787.50 |

Susan Dudley                                                                   Page    3

|            |     |                                                                                      | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------------------|----------|--------|
| 8/20/2001  | PEB | Travel to and from and participate in hrg; t/cs to K. Kaifes; L. Fox                  | 9.50 225.00/hr | 2,137.50 |
| 8/21/2001  | PEB | T/c to M. Fischer re witness order; to D. Feltz re same                               | 0.40 225.00/hr | 90.00 |
|            | PEB | Meeting at Trinity w/ Peg and Kristin and travel to and from                          | 3.50 225.00/hr | 787.50 |
| 8/22/2001  | PEB | Attend due process hrg                                                                | 9.50 225.00/hr | 2,137.50 |
| 8/23/2001  | PEB | Attend due process hearing                                                            | 10.00 225.00/hr | 2,250.00 |
| 8/24/2001  | PEB | T/c to M. Fischer re scheduling; w/ M. Fischer and B. Favret                          | 0.50 225.00/hr | 112.50 |
| 8/27/2001  | PEB | T/c w/ S. Dudley; t/c to M. Fischer; to B. Favret re scheduling                       | 0.60 225.00/hr | 135.00 |
| 8/30/2001  | PEB | T/c w/ D. Feltz                                                                       | 0.40 225.00/hr | NO CHARGE |
| 9/5/2001   | PEB | T/c w/ M. Fischer; w/ S. Dudley; w/ D. Guess of Trinity                               | 0.40 225.00/hr | 90.00 |
|            | PEB | Preparation for rebuttal testimony                                                    | 1.00 225.00/hr | 225.00 |
| 9/6/2001   | PEB | Attend and travel to and from final day of hearing                                    | 3.50 225.00/hr | 787.50 |
| 9/7/2001   | PEB | T/c to S. Fox re research for brief re pragmatic language defects                     | 0.20 225.00/hr | NO CHARGE |
| 9/12/2001  | PEB | Research re unilateral placement issue and pragmatic language defect                  | 2.50 225.00/hr | 562.50 |
|            | PEB | W/ client re status; w/ S. Fox re research on pragmatic language defect               | 0.70 225.00/hr | 157.50 |
| 9/13/2001  | PEB | Research re legal issues for brief, unilateral placement and IEP as draft             | 1.50 225.00/hr | 337.50 |
| 9/19/2001  | PEB | Research re brief - child find issue                                                  | 1.00 225.00/hr | 225.00 |
| 9/24/2001  | PEB | T/c w/ client re status                                                               | 0.30 225.00/hr | NO CHARGE |
| 9/25/2001  | PEB | Volume 1 of transcript - read and outline to use for brief                            | 2.80 225.00/hr | 630.00 |
| 9/26/2001  | PEB | Part of Volume II of transcript - read and outline                                    | 2.00 225.00/hr | 450.00 |
| 9/27/2001  | PEB | Remainder of Volume II; begin Volume III - read and outline                           | 1.00 225.00/hr | 225.00 |
| 9/28/2001  | PEB | Remainder of Volume III - read and outline                                            | 1.00 225.00/hr | 225.00 |
| 10/1/2001  | PEB | Volume IV and rebuttal read and outline; begin drafting brief - fact section and introduction | 4.00 225.00/hr | 900.00 |
| 10/2/2001  | PEB | Draft Fact section of brief                                                           | 2.50 225.00/hr | 562.50 |
| 10/3/2001  | PEB | Draft Fact section; portion of legal analysis; further research re legal issues of unilateral private placement. | 3.00 225.00/hr | 675.00 |

Susan Dudley                                                                    Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/4/2001 | PEB | Draft remainder of brief | 5.00 225.00/hr | 1,125.00 |
| 10/8/2001 | PEB | Review and revise Brief to focus facts and legal analysis on each issue | 2.00 225.00/hr | 450.00 |
| 10/9/2001 | PEB | Review and revise Brief to focus facts and legal analysis on each issue | 2.50 225.00/hr | 562.50 |
| 10/11/2001 | PEB | Review and revise Brief - remove extraneous material and check citations | 1.00 225.00/hr | 225.00 |
| 10/12/2001 | PEB | Brief review citations; t/c to client re status and formation of brief | 1.00 225.00/hr | 225.00 |
| 10/15/2001 | PEB | Final revisions to brief; letter to client | 0.50 225.00/hr | 112.50 |
| 10/17/2001 | PEB | T/c re brief status | 0.30 225.00/hr | NO CHARGE |
| 10/19/2001 | PEB | T/c re brief status | 0.30 225.00/hr | NO CHARGE |
| 10/22/2001 | PEB | Finalize pleading and final review | 0.50 225.00/hr | 112.50 |
| 10/23/2001 | PEB | Draft cover letter; t/c to client re briefs | 0.40 225.00/hr | NO CHARGE |
| 10/25/2001 | PEB | Review and analyze Fischer brief; | 1.00 225.00/hr | 225.00 |
| 10/26/2001 | PEB | T/c w/ clt re Fischer brief; research-cases cited in Fischer brief-review/analyze | 2.30 225.00/hr | 517.50 |
| 10/29/2001 | PEB | Draft Reply brief | 2.50 225.00/hr | 562.50 |
| 10/30/2001 | PEB | Draft Reply brief | 3.50 225.00/hr | 787.50 |
| 10/31/2001 | PEB | Review and revise Reply brief | 1.50 225.00/hr | 337.50 |
| 11/1/2001 | PEB | Reply brief; check citations | 0.50 225.00/hr | 112.50 |
| 11/5/2001 | PEB | Final brief review; t/c w/ clt | 0.40 225.00/hr | NO CHARGE |
| 11/6/2001 | PEB | Review and analyze Reply brief of M. Fischer | 0.40 225.00/hr | 90.00 |
| 11/7/2001 | PEB | T/c with client re Fischer brief | 0.30 225.00/hr | NO CHARGE |
| 11/28/2001 | PEB | T/c with client x 2 re IHO decision | 0.50 225.00/hr | NO CHARGE |
|  | PEB | Conference w/ B. Favret; review and analyze IHO decision | 1.00 225.00/hr | 225.00 |
| 12/7/2001 | PEB | T/c w/ clt re appeal | 0.30 225.00/hr | 67.50 |
| 12/11/2001 | PEB | Review and analyze letter from M. Fischer; t/c w/ client re appeal | 0.50 225.00/hr | 112.50 |
| 12/17/2001 | PEB | T/c with client; draft responsive letter to M. Fischer | 0.80 225.00/hr | 180.00 |

Susan Dudley                                                                                          Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/4/2002 | PEB | Draft notice of appeal; review procedure for filing notice of appeal; t/c to client re appeal | 0.90 225.00/hr | 202.50 |
| 1/7/2002 | PEB | Draft letter re appeal; review/analyze Loveland appeal; finalize our appeal | 0.50 225.00/hr | 112.50 |
| 1/10/2002 | PEB | T/c re records-t/c to clt | 0.20 225.00/hr | NO CHARGE |
| 1/11/2002 | PEB | T/c w/ clt; draft letter to M. Fischer | 0.60 225.00/hr | 135.00 |
| 1/14/2002 | PEB | T/c with SLRO office re appeal; t/c with client x 2 re same | 0.40 225.00/hr | 90.00 |
| 1/15/2002 | PEB | Conference call w/ M. Fischer and M. Bohlen, SLRO; t/c with client re conference call | 0.70 225.00/hr | 157.50 |
| 1/16/2002 | PEB | T/c W/ M. Fischer re hearing officer | 0.30 225.00/hr | 67.50 |
|  | PEB | Draft Appellate brief | 4.50 225.00/hr | 1,012.50 |
| 1/17/2002 | PEB | T/c to clt; drafting of appellate brief; review of current records; t/c to Trinity re same; review and revise pleading; review earlier pleadings | 5.00 225.00/hr | 1,125.00 |
| 1/18/2002 | PEB | Revise brief; t/c to G. Lewis re observation | 1.50 225.00/hr | 337.50 |
| 1/21/2002 | PEB | Draft SLRO brief | 0.80 225.00/hr | 180.00 |
| 1/22/2002 | PEB | Review and revise SLRO brief | 1.00 225.00/hr | 225.00 |
| 1/23/2002 | PEB | T/c to G. Lewis, principal, re Loveland observation | 0.30 225.00/hr | 67.50 |
| 1/24/2002 | PEB | T/c w/ G. Lewis re observation; t/c w/ M. Fischer re same | 0.40 225.00/hr | 90.00 |
| 1/28/2002 | PEB | Finalize SLRO brief, citations and cases attached | 1.60 225.00/hr | 360.00 |
| 1/29/2002 | PEB | Update to clt | 0.30 225.00/hr | NO CHARGE |
| 1/31/2002 | PEB | T/c w/ M. Fischer re observation of Andrew; t/c w/ school | 0.40 225.00/hr | 90.00 |
| 2/4/2002 | PEB | Review and analyze Fischer brief | 0.50 225.00/hr | 112.50 |
| 2/5/2002 | PEB | T/c re observation | 0.20 225.00/hr | NO CHARGE |
| 2/15/2002 | PEB | T/c with client; review letter from Fischer re Andrew; draft letter to M. Fischer; t/c to Trinity | 1.00 225.00/hr | 225.00 |
| 2/19/2002 | PEB | T/c w/ G. lewis re Andrew's behavior records and 2d visit | 0.30 225.00/hr | 67.50 |
| 2/20/2002 | PEB | Review and analyze SLRO decision; t/c to clt | 0.60 225.00/hr | 135.00 |
| 2/21/2002 | PEB | T/c w/ Trinity; conference with M. Fischer; t/c with client | 0.50 225.00/hr | 112.50 |
| 3/1/2002 | PEB | T/c w/ D. Guess of Trinity re status | 0.30 225.00/hr | 67.50 |

Susan Dudley

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 3/4/2002 | PEB | T/c to M. Fischer re appeal | 0.20 225.00/hr | 45.00 |
| 3/6/2002 | PEB | T/c w/ M. Fischer; t/c to client re appeal | 0.60 225.00/hr | 135.00 |
| 3/13/2002 | PEB | Research re filing for atty fees; draft complaint | 2.00 225.00/hr | 450.00 |
| 3/14/2002 | PEB | T/c w/ M. Fischer re appeal in federal court | 0.40 225.00/hr | 90.00 |
| 3/15/2002 | PEB | T/c w/ client re appeal in federal court | 0.40 225.00/hr | 90.00 |
| 3/26/2002 | PEB | Review Complaint; draft Answer and Counterclaim; t/c clt | 1.00 225.00/hr | 225.00 |
| 4/16/2002 | PEB | T/c with client re IEP proposed by Loveland | 0.30 225.00/hr | 67.50 |
| 4/24/2002 | PEB | T/c w/ clt re IEP mtg | 0.30 225.00/hr | 67.50 |
| 5/14/2002 | PEB | T/c with client x 2; review/analyze proposed IEP of Loveland | 1.00 225.00/hr | 225.00 |
| 5/17/2002 | PEB | Prepare for, travel to and from and attend IEP meeting at Loveland | 3.50 225.00/hr | 787.50 |
| 5/30/2002 | PEB | T/c with client re IEP | 0.30 225.00/hr | 67.50 |
| 5/31/2002 | PEB | Review and analyze materials from Trinity re IEP; t/c w/ Fischer re same | 0.50 225.00/hr | 112.50 |
| 6/10/2002 | PEB | T/c w/ Kirsten Kaifes re Andrew's IEP | 0.80 225.00/hr | 180.00 |
| 6/11/2002 | PEB | Review and analyze Trinity behavior plan; t/c to Kristen re same | 0.40 225.00/hr | 90.00 |
| 6/12/2002 | PEB | T/c w/ Kristen re material to be sent to Loveland | 0.30 225.00/hr | 67.50 |
| 6/17/2002 | PEB | T/c w/ M. Fischer re pretrial and potential settlement | 0.40 225.00/hr | 90.00 |
| 6/20/2002 | PEB | Review and analyze proposed joint plan for conduct of litigation | 0.30 225.00/hr | 67.50 |
| 6/21/2002 | PEB | T/c w/ M. Fischer re pretrial plan | 0.30 225.00/hr | 67.50 |
| 6/24/2002 | PEB | T/c w/ client re appeal in federal court | 0.40 225.00/hr | 90.00 |
| 7/3/2002 | PEB | Review and analyze IEP of Loveland | 0.40 225.00/hr | 90.00 |
| 7/9/2002 | PEB | T/c w/ client re IEP of Loveland | 0.30 225.00/hr | 67.50 |
| 7/11/2002 | PEB | T/c w/ clt; review IEP; draft letter to M. Fischer | 1.00 225.00/hr | 225.00 |
| 7/12/2002 | PEB | T/c w/ M. Fischer re IEP | 0.30 225.00/hr | 67.50 |
| 7/15/2002 | PEB | T/c w/ M. Fischer; w/ client; w/ J. Weber's chambers re scheduling | 0.90 225.00/hr | 202.50 |

Susan Dudley

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/16/2002 | PEB | T/c w/ M. Fischer; w/ client re scheduling | 0.40<br>225.00/hr | 90.00 |
| 8/12/2002 | PEB | T/c w/ S. Dudley; t/c w/ M. Fischer re hearing in federal court | 0.60<br>225.00/hr | 135.00 |
| 8/16/2002 | PEB | T/c w/ clt; w/ M. Fischer | 0.60<br>225.00/hr | 135.00 |
| 8/28/2002 | PEB | T/c w/ client; w/ M. Fischer | 0.50<br>225.00/hr | 112.50 |
| 9/3/2002 | PEB | T/c w/ client re IEP conference x 2; w/ M. Fischer re same | 0.70<br>225.00/hr | 157.50 |
| 9/4/2002 | PEB | Review and analyze IEP and placement for mtg tomorrow | 0.30<br>225.00/hr | 67.50 |
| 9/5/2002 | PEB | Final review of IEP for signature; t/c w/ client; w/ M. Fischer re IEP | 0.70<br>225.00/hr | 157.50 |
| | PEB | Travel to and from and attend IEP mtg at Loveland | 2.00<br>225.00/hr | 450.00 |
| 10/8/2002 | PEB | T/c w/ parents re IEP | 0.30<br>225.00/hr | 67.50 |
| 10/15/2002 | PEB | Review/analyze Fischer brief and conclusions; research cases cited | 3.50<br>225.00/hr | 787.50 |
| 10/17/2002 | PEB | Research issues rasied for opposition brief to be drafted; t/c w/ client; begin drafting introduction and procedural background | 6.50<br>225.00/hr | 1,462.50 |
| 10/21/2002 | PEB | Drafting of fact section of brief, including references to EB and Transcript; begin legal analysis section | 4.00<br>225.00/hr | 900.00 |
| 10/22/2002 | PEB | Draft section of brief dealing with behavior | 2.00<br>225.00/hr | 450.00 |
| 10/23/2002 | PEB | Draft portions of brief relating to social skills and occup. therapy; begin mainstreaming section | 4.50<br>225.00/hr | 1,012.50 |
| 10/25/2002 | PEB | Drafting remainder of Opposition Brief; legal research re mainstreaming | 5.00<br>225.00/hr | 1,125.00 |
| 10/29/2002 | PEB | Review and revise District court brief | 1.00<br>225.00/hr | 225.00 |
| 10/30/2002 | PEB | Revising District Court brief check citations; draft findings of fact and conclusions of law | 3.00<br>225.00/hr | 675.00 |
| 11/4/2002 | PEB | Brief and Findings of Fact and Conclusions of Law | 2.50<br>225.00/hr | 562.50 |
| 11/8/2002 | PEB | Revise conclusions of law and brief | 0.50<br>225.00/hr | 112.50 |
| 11/11/2002 | PEB | Reviewing to highlight findings of fact and conclusions of law per court order | 0.50<br>225.00/hr | 112.50 |
| 11/14/2002 | PEB | Highlighting conclusions of law and findings of facts for court | 0.50<br>225.00/hr | 112.50 |
| 11/25/2002 | PEB | Highlighting pleading per J. Weber order; filing pleading | 0.90<br>225.00/hr | 202.50 |
| 11/26/2002 | PEB | T/c w/ client re highlighting | 0.40<br>225.00/hr | NO CHARGE |
| 12/4/2002 | PEB | Review and analyze Fischer's reply brief | 0.40<br>225.00/hr | 90.00 |

Susan Dudley                                                                                    Page    8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2003 | PEB | T/c w/ client | 0.30<br>225.00/hr | NO CHARGE |
| 1/31/2003 | PEB | Preparing for argument in J. Weber's court | 2.00<br>225.00/hr | 450.00 |
| 2/2/2003 | PEB | Preparing for oral argument | 4.00<br>225.00/hr | 900.00 |
| 2/3/2003 | PEB | Preparing for and attending hrg in front of J. Weber; review IEP and behavior plan; t/c w/ clt; t/c w/ M. Fischer | 3.00<br>225.00/hr | 675.00 |
| 2/4/2003 | PEB | Drafting supplemental pleading re current IEP | 0.40<br>225.00/hr | 90.00 |
| 2/5/2003 | PEB | T/c w/ M. Fischer re filing of current IEP | 0.70<br>225.00/hr | 157.50 |
| 3/7/2003 | PEB | Review Fischer pleading re current IEP; t/c w/ client; analyze pleading and affidavits; review current IEP and past IEP; begin drafting response. | 3.00<br>225.00/hr | 675.00 |
| 3/10/2003 | PEB | T/c w/ clt; draft pldg responding to motion to file supplemental affids. | 5.00<br>225.00/hr | 1,125.00 |
| 3/11/2003 | PEB | T/c w/ clt; draft affidavits for opposition motion; review and revise pleading | 4.00<br>225.00/hr | 900.00 |
| 3/12/2003 | PEB | Finalizing brief and affidavits | 1.50<br>225.00/hr | 337.50 |
| 3/13/2003 | PEB | T/c w/ clt; revise affid. | 0.50<br>225.00/hr | 112.50 |
| 3/14/2003 | PEB | Mtg w/ clts; draft letter to M. Fischer re IEP | 0.70<br>225.00/hr | 157.50 |
| 3/17/2003 | PEB | Finalize and file brief in opposition | 0.50<br>225.00/hr | 112.50 |
| 4/2/2003 | PEB | Review and analyze Reply submitted by M. Fischer | 0.30<br>225.00/hr | 67.50 |
| 4/9/2003 | PEB | T/c w/ client re Reply Brief | 0.30<br>225.00/hr | 67.50 |
| 4/11/2003 | PEB | T/c w/ M. Fischer; w/ S. Dudley re status | 0.70<br>225.00/hr | 157.50 |
| 4/23/2003 | PEB | T/c w/ M. Fischer re potential settlement and hearing witnesses | 0.30<br>225.00/hr | 67.50 |
| 4/24/2003 | PEB | T/c w/ client re no settlement | 0.30<br>225.00/hr | 67.50 |
| 5/2/2003 | PEB | Review and anlyze potential witnesses; t/c w/ client re witnesses for hearing x 2; t/c w/ Trinity re availability | 0.80<br>225.00/hr | 180.00 |
| 5/6/2003 | PEB | T/c w/ D. Braukman re testimony at evidentiary hearing | 0.40<br>225.00/hr | 90.00 |
| 5/9/2003 | PEB | T/c w/ M. Fischer; research re hearing and effect of additional evidence in federal court | 1.00<br>225.00/hr | 225.00 |
| 5/13/2003 | PEB | T/c w/ Court; t/c to M. Fischer; to client; to D. Brockman re preparation for evidentiary hearing | 1.00<br>225.00/hr | 225.00 |
| 5/14/2003 | PEB | T/c w/ court re scheduling; w/ M. Fischer re same; t/c w/ client re same | 0.80<br>225.00/hr | 180.00 |
| 5/16/2003 | PEB | Review new IEP; t/c w/ client | 1.00<br>225.00/hr | 225.00 |

Susan Dudley                                                                    Page     9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/16/2003 | PEB | T/c w/ clt re hearing | 0.20<br>225.00/hr | 45.00 |
|  | PEB | T/c w/ clt re hearing | 0.20<br>225.00/hr | 45.00 |
| 5/19/2003 | PEB | Travel to and from and attend IEP meeting | 3.50<br>225.00/hr | 787.50 |
| 6/5/2003 | PEB | Review and analyze materials from clt; occup. therapy rpt; compare 2 drafts of new IEPs | 0.80<br>225.00/hr | 180.00 |
| 7/29/2003 | PEB | T/c w/ D. Braukman re testimony; t/cs to S. Fox; to Kristen K. re testimony at hearing | 1.00<br>225.00/hr | 225.00 |
| 7/30/2003 | PEB | T/c w/ S. Fox; review pleadings; draft witness list | 1.00<br>225.00/hr | 225.00 |
| 8/19/2003 | PEB | T/c w/ clt re hrg; draft letter to clt; to M. Fischer re IEP; begin review to prepare for hrg | 2.00<br>225.00/hr | 450.00 |
| 8/20/2003 | PEB | T/c w/ client; t/c w/ D. Braukman re testimony; t/c w/ S. Fox re testimony; review/analyze materials for evidentiary hearing; t/c w. K. Kaifes re testimony | 6.00<br>225.00/hr | 1,350.00 |
| 8/21/2003 | PEB | Review materials t/c to Trinity re testimony at hearing | 0.40<br>225.00/hr | 90.00 |
|  | PEB | Review and analyze portions of transcript of due procees hearing as relates to evidentiary hearing | 2.80<br>225.00/hr | 630.00 |
| 8/22/2003 | PEB | Preparing for evidentiary hearing - reviewing transcripts and pleadings; t/c w/ client; review exhibit book; t/c w/ Court; w/ M. Fischer re hearing | 6.50<br>225.00/hr | 1,462.50 |
| 8/25/2003 | PEB | Drafting cross examinations for Lawless, Wilson and Rutkowski | 3.00<br>225.00/hr | 675.00 |
|  | PEB | Meeting w/ clients re hearing testimony | 1.50<br>225.00/hr | 337.50 |
| 8/26/2003 | PEB | Draft letter to M. Fischer; review materials from parent for hearing | 0.60<br>225.00/hr | 135.00 |
| 8/27/2003 | PEB | Draft questions for S. Dudley and E. Kramer | 1.00<br>225.00/hr | 225.00 |
| 8/28/2003 | PEB | Prepare materials for hearing; travel to and from and meet at Trinity with P. Ballard; prepare questions | 4.50<br>225.00/hr | 1,012.50 |
| 9/2/2003 | PEB | Preparing additional exhibits; drafting questions for D. Braukman; t/c to client; t/c to D. Braukman re questions | 2.00<br>225.00/hr | 450.00 |
| 9/3/2003 | PEB | Travel to and from and meet with D. Braukman re testimony | 2.50<br>225.00/hr | 562.50 |
| 9/4/2003 | PEB | Preparing for and meeting with witnesses for final preparation | 6.00<br>225.00/hr | 1,350.00 |
| 9/5/2003 | PEB | Evidentiary hearing and preparation for; research re burden of proof issue raised by judge | 8.00<br>225.00/hr | 1,800.00 |
| 9/15/2003 | PEB | T/c w/ D. Braukman re hearing; legal research re burden of proof | 1.50<br>225.00/hr | 337.50 |
| 9/16/2003 | PEB | Research re Burden of proof | 1.00<br>225.00/hr | 225.00 |
| 9/17/2003 | PEB | T/c w/ client re research | 0.30<br>225.00/hr | 67.50 |

Susan Dudley

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/22/2003 | PEB | Analyze relevant case law re brief; begin drafting brief for J. Weber; t/c w/ M. Fischer x 2; w/ client | 6.00 225.00/hr | 1,350.00 |
| 9/23/2003 | PEB | Draft Evidentiary hrg brief | 2.50 225.00/hr | 562.50 |
| 9/24/2003 | PEB | Draft fact section of brief  and some revisions | 4.50 225.00/hr | 1,012.50 |
| 9/25/2003 | PEB | Drafting legal analysis portion of brief and remaining factual portion | 2.50 225.00/hr | 562.50 |
| 9/26/2003 | PEB | Draft Brief | 5.00 225.00/hr | 1,125.00 |
| 9/29/2003 | PEB | Revising Brief and remove extraneous material | 1.50 225.00/hr | 337.50 |
| 9/30/2003 | PEB | Brief - check citations | 2.50 225.00/hr | 562.50 |
| 10/1/2003 | PEB | Final revisions to brief and additional research | 1.50 225.00/hr | 337.50 |
| 10/2/2003 | PEB | Research re Ohio law and CFR re stayput; revision to brief | 1.50 225.00/hr | 337.50 |
| 10/3/2003 | PEB | Finalize brief | 1.00 225.00/hr | 225.00 |
| 10/6/2003 | PEB | T/c w/ client re brief and IEP meeting; filing and preparing exhibits to brief; review/analyze Loveland's brief | 1.30 225.00/hr | 292.50 |
| 10/8/2003 | PEB | Review and analyze 2003 IEP and correspondence re same | 0.50 225.00/hr | 112.50 |
| 10/9/2003 | PEB | Attend IEP mtg at H.S. and travel | 3.30 225.00/hr | 742.50 |
| 12/8/2003 | PEB | T/c w/ client re new MFE | 0.30 225.00/hr | 67.50 |
| 2/13/2004 | PEB | T/c to clt; review/analyze J. Weber decision | 1.00 225.00/hr | 225.00 |
| 2/20/2004 | PEB | T/c w/ clt re decision; t/c w/ legal counsel of Loveland | 0.60 225.00/hr | 135.00 |
| 2/24/2004 | PEB | Review and anlyze billing amount and amount due, and paid and review file re settlement offers | 0.70 225.00/hr | 157.50 |
| 2/25/2004 | PEB | T/c re settlement; w/ clt; t/c to K. Kaifes re Trinity tuition; w/ M. Fischer; w/ Court; draft order; t/c w/ N. siegel re affid;  draft letter to m. Fischer; t/c to A. Borman re affid.; draft letter to N. Siegel; to A. Borman | 2.80 225.00/hr | 630.00 |
| 2/26/2004 | PEB | T/c w/ M. Fischer  x2 re application and stipulation; research re prevailing party and fees ; begin draft ing fee application | 2.00 225.00/hr | 450.00 |
| 2/27/2004 | PEB | Further research re reasonable rates and drafting portion of fee petition | 3.00 225.00/hr | 675.00 |
| 3/1/2004 | PEB | Review and analyze billings from May 2001 to prepare fee petition | 1.00 225.00/hr | 225.00 |
| 3/2/2004 | PEB | Draft Fee petition; t/c to clt re fee petition | 1.30 225.00/hr | 292.50 |
| 3/4/2004 | PEB | Calculating interest payments due; draft letter to M. Fischer re same; t/c re affid; email re affid  for fee petition | 1.10 225.00/hr | 247.50 |

Susan Dudley

Page   11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/5/2004 | PEB | T/c w/ J. Concannon re representation; w/ clt re confidentiality clause; revise portion of fee peittion | 0.90 225.00/hr | 202.50 |
| 3/8/2004 | PEB | Review/analyze Affids of counsel; draft portion of brief re same; draft my own affid. | 2.00 225.00/hr | 450.00 |
| 3/9/2004 | PEB | T/c w/ J. Concannon re payment and issue of confidentiality; t/c w/ clt re same`; draft letter to J. concannon re Open Records Act request; revise pleading re atty fees | 1.40 225.00/hr | 315.00 |
| 3/10/2004 | PEB | Review and revise Fee petition memorandum and affidavit; t/c w/ clt re settlement | 1.30 225.00/hr | 292.50 |
| 3/11/2004 | PEB | Draft additional portion of fee application and atty affidavit and revisions to same | 2.00 225.00/hr | 450.00 |
| | | For professional services rendered | 396.10 | $88,110.00 |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 8/2/2001 | PEB | Roundtrip mileage to Trinity for witness preparation. | 25 0.34 | 8.50 |
| 8/8/2001 | BLC | Copies for exhibit books | 1157 0.10 | 115.70 |
| 8/9/2001 | PEB | Roundtrip mileage to hearing in Loveland | 36 0.34 | 12.24 |
| 8/16/2001 | PEB | Roundtrip mileage to Foxes for witness preparation | 32 0.34 | 10.88 |
| 8/20/2001 | PEB | Roundtrip travel to hearing | 30 0.34 | 10.20 |
| 8/21/2001 | PEB | Roundtrip travel to Trinity for witness preparation | 20 0.34 | 6.80 |
| 8/22/2001 | PEB | Roundtrip mileage to hearing | 30 0.34 | 10.20 |
| 8/23/2001 | PEB | Roundtrip travel to hearing | 30 0.34 | 10.20 |
| 9/6/2001 | PEB | Roundtrip to hearing | 37 0.34 | 12.58 |
| 10/23/2001 | BLC | Postage | 2 3.95 | 7.90 |
| 10/25/2001 | BLC | Copies | 37 0.10 | 3.70 |
| 11/2/2001 | BLC | LEXIS charges | 1 81.79 | 81.79 |
| 11/14/2001 | BLC | Federal Express | 1 11.85 | 11.85 |
| 12/7/2001 | BLC | LEXIS charges | 1 10.17 | 10.17 |
| 3/4/2002 | BLC | To Monica Bohlen - 2/4/02 - courier | 1 5.50 | 5.50 |
| 5/17/2002 | PEB | roundtrip mileage to Loveland | 43 0.38 | 16.13 |

Susan Dudley

Page    12

| Date | | Description | Qty/Price | Amount |
|---|---|---|---|---|
| 9/5/2002 | PEB | Roundtrip mileage to Loveland | 46 0.38 | 17.25 |
| 12/17/2002 | BLC | LESIX charges | 1 8.17 | 8.17 |
| 5/19/2003 | PEB | Round trip mileage to Loveland | 45 0.38 | 16.88 |
| 8/28/2003 | PEB | Roundtrip mileage to Trinity - Witness preparation | 22 0.38 | 8.25 |
| 9/3/2003 | PEB | Mileage to meet with D. Braukman - witness preparation | 10 0.38 | 3.75 |
| 9/4/2003 | PEB | Roundtrip mileage to Trinity - witness preparation | 25 0.38 | 9.38 |
| 9/24/2003 | PEB | Copies of exhibits | 1 5.00 | 5.00 |
| 10/9/2003 | PEB | Roundtrip mileage to Loveland | 50 0.38 | 18.75 |

Total costs

$421.77