EXHIBIT B

3-22-04

To Public Information Officer,
  Loveland City Schools District,

Dear Information Officer,
  Under the Ohio Open record Act.
I am requesting the following information.

1. The hourly rate Loveland pays for leagal Council for 2004.

2. The hourly rate Loveland pays for legal Council in 2003.

3. The hourly rate Loveland pays for leagal Council for 2002.

4. The hourly rate Loveland pays for leagal Council for 2001.

5. Amount of fees to date Loveland has incured in the Andrew Heubreee due process hearing, State level hearing and Federal court Action, including fees paid to hearing officer and Court Reporting service

Please respond within 10 days. If there is a fee involved for copying cost I will pay it.

Sincerly

S. Dudley