EXHIBIT C

**THE LAW OFFICES OF PHYLLIS BROWN**
ATTORNEY AND COUNSELOR AT LAW
119 EAST COURT STREET
CINCINNATI, OHIO 45202-1203

TELEPHONE
513-412-7681
513-241-6466

FACSIMILE
513-412-7683

EMAIL
pebrown@fuse.net

March 9, 2004

**VIA FACSIMILE**

John P. Concannon
McCaslin, Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Dear John:

I am attaching a copy of Ms. Dudley's Open Records Act request. She requests the following:

1. Hourly rate Loveland pay for legal counsel in 2004.
2. Hourly rate Loveland pay for legal counsel in 2003.
3. Hourly rate Loveland pay for legal counsel in 2002.
4. Hourly rate Loveland pay for legal counsel in 2001.
5. Amount of fees to date that Loveland incurred regarding Andrew Hembree including fees relating to his due process hearing, state level review, and federal court action. The total should include fees to Hearing Officers and court reporting services.

Please provide this information immediately. The request is dated March 2, 2004.

Thank you.

Very truly yours,

*Phyllis Brown*

Phyllis E. Brown

PEB:blc
Enclosure