**AFFIDAVIT OF AMY BORMAN**

STATE OF OHIO )
) ss:
COUNTY OF LUCAS )

## AFFIDAVIT OF AMY BORMAN

I, Amy Borman, being duly sworn, do state and affirm as follows:

1. I am an attorney with expertise in special education matters and I practice throughout the State of Ohio.

2. I have practiced law in Ohio for 14 years.

3. My hourly fee in special education matters is $230.00.

4. For preparation, including fact finding, formulating strategy and legal theories, multiple meetings with clients and witnesses and gathering exhibits, and participation in a five day due process evidentiary hearing, with two sets of post trial briefs, including legal research and drafting, briefs for a state level review, two sets of briefs for a federal court hearing, including additional legal research, two federal court appearances with one appearance a full day evidentiary hearing, preparation for which included further witness and client preparation, and drafting of related pleadings, I believe 475 hours over a period of close to three years would be a reasonable number of hours of attorney work.

Further affiant sayeth naught.

_____
Amy Borman

Sworn to and subscribed before me this 2nd day of March 2004.

_____
Notary Public

SHELLY M. FLETCHER
Notary Public, State of Ohio
My Commission Expires 10/1/08