UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LOVELAND CITY SCHOOL DISTRICT	CASE NO. C-1-02-202
BOARD OF EDUCATION

    Plaintiff/Appellant,	Judge Herman J. Weber

vs

    **SATISFACTION OF JUDGMENT**

SUSAN DUDLEY

    Defendant/Appellee

    The judgment herein having been fully satisfied, the parties hereby enter such satisfaction on the record.

  s/John P. Concannon
John P. Concannon   0024131
Attorney for Plaintiff-Appellant
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202
(513) 421-4646 phone
(513) 421-7929 fax
jpcwon@aol.com

  s/Phyllis E. Brown
Phyllis E. Brown    0037334
Attorney for Defendant-Appellee
119 East Court Street
Cincinnati, OH 45202
(513) 412-7681 phone
(513) 412-7683 fax
pebrown@fuse.com