UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LOVELAND CITY SCHOOL DISTRICT            CASE NO. C-1-02-202
BOARD OF EDUCATION

    Plaintiff/Appellant,            Judge Herman J. Weber

vs

                                        **AGREED ORDER REGARDING**
SUSAN DUDLEY            **ATTORNEY FEES**

    Defendant/Appellee

By agreement of the parties and for good cause shown, Defendant-Appellee is hereby awarded attorney fees in the amount of $69,318.00 and expenses in the amount of $421.77, such payment to be made to the Trust Account of Phyllis E. Brown, Esq.

_____
Herman J. Weber
Senior Judge, United States District Court

s/John P. Concannon
John P. Concannon   0024131
Attorney for Plaintiff-Appellant
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202
(513) 421-4646 phone
(513) 421-7929 fax
jpcwon@aol.com

s/Phyllis E. Brown
Phyllis E. Brown   0037334
Attorney for Defendant-Appellee
119 East Court Street
Cincinnati, OH 45202
(513) 412-7681 phone
(513) 412-7683 fax
pebrown@fuse.com